Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-322

**Effective Date of Registration:**
May 30, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title
_____

**Title of Work:** Moon Goddess

## Completion/Publication
_____

**Year of Completion:** 1995
**Date of 1st Publication:** June 01, 2000
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Josephine Wall
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Josephine Wall
121-123 Penn Hill Avenue, Dorset, BH14 9LY, United Kingdom

## Rights and Permissions
_____

**Organization Name:** Creative Rights Group Inc.
**Name:** Alison Kenney
**Address:** 23371 Mulholland Dr. #315
Woodland Hills, CA 91364 United States

## Certification
_____

**Name:** David Denholm
**Date:** May 30, 2025
**Applicant's Tracking Number:** JW2025052002



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-323

**Effective Date of Registration:**
May 30, 2025

**Registration Decision Date:**
July 28, 2025

---

## Title _____

**Title of Work:**   The Spirit of Flight

## Completion/Publication _____

**Year of Completion:**   1996
**Date of 1st Publication:**   March 01, 1999
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Josephine Wall
  **Author Created:**   2-D artwork
  **Citizen of:**   United Kingdom

## Copyright Claimant _____

**Copyright Claimant:**   Josephine Wall
121-123 Penn Hill Avenue, Dorset, BH14 9LY, United Kingdom

## Rights and Permissions _____

**Organization Name:**   Creative Rights Group Inc.
**Name:**   Alison Kenney
**Address:**   23371 Mulholland Dr. #315
Woodland Hills, CA 91364 United States

## Certification _____

**Name:**   David Denholm
**Date:**   May 30, 2025
**Applicant's Tracking Number:**   JW2025052006

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-316

**Effective Date of Registration:**
May 30, 2025

**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:** Prelude to a Kiss

## Completion/Publication

**Year of Completion:** 2001
**Date of 1st Publication:** September 27, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Josephine Wall
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Josephine Wall
121-123 Penn Hill Avenue, Dorset, BH14 9LY, United Kingdom

## Rights and Permissions

**Organization Name:** Creative Rights Group Inc.
**Name:** Alison Kenney
**Address:** 23371 Mulholland Dr. #315
Woodland Hills, CA 91364 United States

## Certification

**Name:** David Denholm
**Date:** May 30, 2025
**Applicant's Tracking Number:** JW2025052004



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-319

**Effective Date of Registration:**
May 30, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:** The Dryad and the Tree Spirit

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** February 01, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Josephine Wall
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Josephine Wall
121-123 Penn Hill Avenue, Dorset, BH14 9LY, United Kingdom

## Rights and Permissions

**Organization Name:** Creative Rights Group Inc.
**Name:** Alison Kenney
**Address:** 23371 Mulholland Dr. #315
Woodland Hills, CA 91364 United States

## Certification

**Name:** David Denholm
**Date:** May 30, 2025
**Applicant's Tracking Number:** JW2025052005

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-327

**Effective Date of Registration:**
May 30, 2025
**Registration Decision Date:**
July 28, 2025

## Title _____

**Title of Work:** Titania and Oberon II

## Completion/Publication _____

**Year of Completion:** 2003
**Date of 1st Publication:** September 13, 2006
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Josephine Wall
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** Josephine Wall
121-123 Penn Hill Avenue, Dorset, BH14 9LY, United Kingdom

## Rights and Permissions _____

**Organization Name:** Creative Rights Group Inc.
**Name:** Alison Kenney
**Address:** 23371 Mulholland Dr. #315
Woodland Hills, CA 91364 United States

## Certification _____

**Name:** David Denholm
**Date:** May 30, 2025
**Applicant's Tracking Number:** JW2025052007

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-867

**Effective Date of Registration:**
May 30, 2025
**Registration Decision Date:**
July 30, 2025

---

## Title
 

**Title of Work:** Tree of Four Season

## Completion/Publication
 

**Year of Completion:** 2011
**Date of 1st Publication:** June 05, 2011
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Josephine Wall
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant
 

**Copyright Claimant:** Josephine Wall
121-123 Penn Hill Avenue, Dorset, BH14 9LY, United Kingdom

## Rights and Permissions
 

**Organization Name:** Creative Rights Group Inc.
**Name:** Alison Kenney
**Address:** 23371 Mulholland Dr. #315
Woodland Hills, CA 91364 United States

## Certification
 

**Name:** David Denholm
**Date:** May 30, 2025
**Applicant's Tracking Number:** JW2025052008

Page 1 of 2

